1040

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCA OTHIENO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02293-0, Richard McDermott, J., entered November 12, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Spearman, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-02282-2, George F.B. Appel, J., entered February 26, 2010. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Spearman, JJ.

WOODINVILLE ASSOCIATES, LLC, *Appellant*, v. THE CITY OF WOODINVILLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-18636-7, Susan J. Craighead, J., entered March 5, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

JAMES O'HAGAN, *Respondent*, v. NORTHWEST FARM CREDIT SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 94-2-00298-0, Douglas E. Goelz, J. Pro Tem., entered November 20, 2008. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Lau, JJ.